IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NELLSON NUTRACEUTICAL, INC., *et al.*, | Case No. 06-10072 (CSS)<br>Jointly Administered |
| Debtors. | Re: Docket No. 482 |

### NOTICE OF APPEAL

The Official Committee of Unsecured Creditors, by and through its undersigned counsel, appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a) from the Order Authorizing and Approving Payments Under Management Incentive Program dated July 18, 2006 (the "Order"). The Order was entered on the docket of the above-captioned adversary case on July 18, 2006 as Docket Item No. 482 and is attached as Exhibit 1.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Party:** The Official Committee of Unsecured Creditors

Counsel:

Kurt F. Gwynne (No. 3951)
Thomas J. Francella, Jr. (No. 3835)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Claudia Z. Springer, Esquire
REED SMITH LLP
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 241-7946
Facsimile: (215) 851-1420

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**Party:**  UBS, AG, Stamford Branch, as Administrative Agent under the Prepetition Credit Agreements

Counsel:

Richard W. Riley, Esquire
James J. Holman, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

Gregory A. Bray, Esquire
Thomas R. Kreller, Esquire
MILBANK, TWEED, HADLEY
  & MCCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**Party:**  Nellson Nutraceutical, Inc., *et al.*, Debtors and Debtors in Possession

Counsel:

Laura Davis Jones, Esquire
Richard M. Pachulski, Esquire
Brad R. Godshall, Esquire
Alan J. Kornfeld, Esquire
Rachel Lowy Werkheiser, Esquire
PACHULSKI, STANG, ZIEHL, YOUNG,
  JONES & WEINTRAUB LLP
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**Party:**  Informal Committee of First Lien Lenders

Counsel:

Robert S. Brady, Esquire
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6690
Facsimile: (302) 576-3283

Fred Hodara, Esquire
AKIN GUMP STRAUS HAUER
  & FELD LLP
590 Madison Avenue
New York, NY 10022-2524
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

**Party:**   Kelly Beaudin Stapleton, United States Trustee for Region 3

Counsel:

William K Harrington, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Dated: July 28, 2006                            REED SMITH LLP
Wilmington, Delaware

                                By:   /s/ Kurt F. Gwynne
                                      Kurt F. Gwynne (No. 3951)
                                      Thomas J. Francella, Jr. (No. 3835)
                                      1201 Market Street, Suite 1500
                                      Wilmington, DE  19801
                                      Telephone:  (302) 788-7500
                                      Facsimile:  (302) 778-7575
                                      E-mail:   kgwynne@reedsmith.com
                                                tfrancella@reedsmith.com

                                              and

                                      Claudia Z. Springer, Esquire
                                      2500 One Liberty Place
                                      1650 Market Street
                                      Philadelphia, PA 19103-7301
                                      Telephone:  (215) 851-8100
                                      Facsimile:  (215) 851-1420
                                      E-mail:  cspringer@reedsmith.com

                                      Counsel for Official Committee of Unsecured
                                      Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NELLSON NUTRACEUTICAL, INC.,[1] | ) | Case No. 06-10072 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 334** |

## ORDER AUTHORIZING AND APPROVING PAYMENTS UNDER MANAGEMENT INCENTIVE PLAN

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order authorizing and approving the Management Incentive Plan; and this Court having jurisdiction over the matters set forth in the Motion; and finding that notice of the Motion was appropriate, and that no further notice is needed; and upon the record established at the hearing on the Motion; and finding that good and sufficient cause exists to grant the relief set forth in the Motion; accordingly, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors are authorized to implement the Management Incentive Plan, substantially in the form attached hereto as Exhibit A; and it is further

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) Nellson Nutraceutical, Inc., a Delaware corporation, Fed. Tax Id. #5044; (b) Nellson Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0642; (c) Nellson Intermediate Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0653; (d) Nellson Northern Operating, Inc., a Delaware corporation, Fed. Tax Id. #7694, (e) Nellson Nutraceutical Eastern Division, Inc., a Delaware corporation, Fed. Tax Id. #8503; (f) Nellson Nutraceutical Powder Division, Inc., a Delaware corporation, Fed. Tax Id. #3670; and (g) Vitex Foods, Inc., a California corporation, Fed. Tax Id. #9218.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

59903-001\DOCS_DE:119718.2

ORDERED, that the Debtors are authorized, but not directed, to make payments to the Employees, under the Management Incentive Plan, up to an aggregate amount of $1.395 million; and it is further

ORDERED, that all payments under the Management Incentive Plan shall be deemed allowed administrative expenses of the Debtors' estates under section 503(b) of the Bankruptcy Code; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Management Incentive Plan.

Dated: July 18, 2006

Christopher S. Sontchi
United States Bankruptcy Judge

06-521

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __06-10072__   ●BK  ○AP
If AP, related BK Case Number: _____

Order Appealed: __Order Authorizing and Approving Payments Under Management Incentive Plan__
   Docket Number: __482__   Date Entered: __7/18/06__

Item Transmitted:  ● Notice of Appeal         ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal ○ Cross Appeal
   Docket Number: __518__   Date Filed: __7/28/06__

*Appellant/Cross Appellant:                  *Appellee/Cross Appellee
__Official Committee of Unsecured Creditors__  __Nellson Nutraceutical, Inc.__
Counsel for Appellant:                        Counsel for Appellee:
__Kurt F. Gwynne, Esq.__                      __Rachel Lowy Werkheiser, Esq.__
__Reed Smith LLP__                            __Pachulski Stang Ziehl Young Jones & Weintraub__
__1201 Market Street, Suite 1500__            __919 Market Street, 17th Floor__
__Wilmington, DE 19801__                      __Wilmington, DE 19801__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ●Yes  ○No

IFP Motion Filed by Appellant?  ○Yes  ●No

Hard Copies of Designated Items Received?  ●Yes  ○No

Have Additional Appeals to the Same Order been Filed?  ●Yes  ○No
   If so, has District Court assigned a Civil Action Number?  ○Yes  ●No   Civil Action # _____

Additional Notes:
   __Hard copies of designations received from appellee only__

__August 23, 2006__                 By: __Lisa M. Ciconte__
Date                                     Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __06-46__
7/6/06