IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 06-00520-GMS, 06-00521-GMS

In re: NELLSON NUTRACEUTICAL, INC., et al.

*Debtors.*

Bankruptcy Case No. 06-10072 (CSS)

**UNITED STATES TRUSTEE AND
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

*Appellants,*

v.

**NELLSON NUTRACEUTICAL, INC., et al.**

*Appellees.*

APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
(Christopher S. Sontchi, Judge)

**DECLARATION OF JAMES M. FRAGNOLI IN SUPPORT OF
APPELLEES' MOTION TO DISMISS APPEAL ON MOOTNESS GROUNDS**

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Brad R. Godshall (CA Bar No. 105438)
Maxim B. Litvak (CA Bar No. 215852)
Rachel Lowy Werkheiser (Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Counsel for the Appellees

DATED:    June 26, 2007

STATE OF CALIFORNIA          )
                             ss )
COUNTY OF LOS ANGELES        )

I, James M. Fragnoli, declare as follows:

1.      I am the Corporate Controller of Nellson Nutraceutical, Inc. ("Nellson"),

Nellson Holdings, Inc. ("Nellson Holdings"), Nellson Intermediate Holdings, Inc. ("Nellson

Intermediate"), Nellson Northern Operating, Inc. ("Nellson Northern"), Nellson Nutraceutical

Eastern Division, Inc. ("Nellson Eastern"), Nellson Nutraceutical Powder Division, Inc.

("Nellson Powder") and Vitex Foods, Inc. ("Vitex") (collectively, the "Debtors" or the

"Appellees").[1]

2.      My current duties for the Debtors include general supervision of, and

responsibility for, many aspects of the Debtors' financial affairs; assisting with the financial

activities of the Debtors; and other related matters.

3.      In my capacities with the Debtors, I have general knowledge of the

Debtors' books and records, and am familiar with the Debtors' financial and operational affairs.

4.      I submit this Declaration in support of the *Appellees' Motion to Dismiss*

*Appeal on Mootness Grounds.*  All statements in this Declaration are based upon my personal

knowledge, my review of the Debtors' books and records, or relevant documents and other

information prepared or collected by the Debtors' employees.  If I were called to testify as a

witness in this matter, I could and would competently testify to each of the facts set forth herein

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Appellees' Motion to Dismiss the Appeal on Mootness Grounds.*

based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

     5.    On July 31, 2006, the Debtors made their first payment to employees under the management incentive program (the "MIP") for achieving the operational benchmarks set forth for the first half of 2006. The aggregate sum of $550,000 was paid at that time.

     6.    The Debtors did not achieve their performance targets for the second half of 2006. Accordingly, no additional payments under the MIP were made.

     I declare under penalty of perjury that the foregoing is true and correct. Executed this _26_ th day of June, 2007.

                          **NELLSON NUTRACEUTICAL, NELLSON HOLDINGS, INC., NELLSON INTERMEDIATE HOLDINGS, INC., NELLSON NORTHERN OPERATING, INC., NELLSON NUTRACEUTICAL EASTERN DIVISION, INC., NELLSON NUTRACEUTICAL POWDER DIVISION, INC. AND VITEX FOODS, INC.**

By: _____

                   James M. Fragnoli
                   Corporate Controller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

NELLSON NUTRACEUTICAL, INC., et al.,

_____ Debtors.
_____

| | |
|---|---|
| UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br>                   Appellants, <br><br>      v. <br><br> NELLSON NUTRACEUTICAL, INC., et al., <br><br>                   Appellees. | Civil Action No. 06-520 (GMS) <br> Civil Action No. 06-521 (GMS) <br><br><br><br> Bankruptcy Case No. 06-10072 (CSS) <br> Appeal No. 06-45 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE         )
                                )SS:
COUNTY OF NEW CASTLE    )

       Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Appellees, in the above-captioned action, and that on the 26th day of June, 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

       **Declaration of James M. Fragnoli in Support of Appellees' Motion to Dismiss Appeal on Mootness Grounds**

                          *Karina Yee*
                          Karina Yee

Sworn to and subscribed before
me this 26th day of June, 2007

_____
Notary Public
My Commission Expires: 03-21-08

                    VANESSA A. PRESTON
                    Notary Public - State of Delaware
                    My Comm. Expires March 21, 2008

**Nellson Nutraceutical, Inc. Appeal Service List**
Case No. 06-10072 (CSS)
Document No. 120478
02 – Interoffice Delivery
06 – Hand Delivery
05 – First Class Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Rachel Lowy Werkheiser, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Interoffice Mail**
(Counsel to the Debtors)
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA  94111

**Interoffice Mail**
(Counsel to the Debtors)
Richard M. Pachulski, Esquire
Brad R. Godshall, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

**Hand Delivery**
(United States Trustee)
William Harrington, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Mediator)
J. Richard Tucker, Esquire
Maron Marvel Bradley & Anderson, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Fremont Investors VII, LLC)
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Informal Committee of First Lien
Lenders)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to UBS)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Official Committee of
Unsecured Creditors)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**First Class Mail**
(Counsel to UBS)
James J. Holman , Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA

**First Class Mail**
(Counsel to UBS)
Gregory A. Bray, Esquire
Thomas R. Kreller, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

**First Class Mail**
(Counsel to Fremont Investors VII, LLC)
Suzzanne Uhland, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305

**Fist Class Mail**
(Counsel to the Ad Hoc Committee of First
Lien Lenders)
Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel to the Official Committee of
Unsecured Creditors)
Claudia Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103