IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: In re: Nellson Nutraceutical, Inc., et al.

| | |
|---|---|
| Kelly Beaudin Stapleton, the United States Trustee & the Official Committee of Unsecured Creditors<br><br>           Appellant<br>    v.<br><br>Nellson Nutraceutical, Inc., et al.<br><br>           Appellee | Civil Action Nos. 06-520 (GMS)<br>06-521 (GMS)<br><br>Bankruptcy Case No. 06-10072 |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that Appellants, the United States Trustee's and Official Committee of Unsecured Creditors' responses to Appellees, Nellson Nutruceutical, Inc.'s Motion to Dismiss Appeal on Mootness Grounds will be due on or before July 23, 2007.

This Stipulation & Order may be signed in counterparts and the counterparts, when combined, shall be deemed to be one and the same documents for all intents and purposes.

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |
| _____ | /s/ William J. Harrington |
| Laura Davis Jones<br>Brad Godshall<br>Rachel Lowy Werkheiser<br>Max B. Litvak<br>919 North Market Street, 17th floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400 | William K. Harrington, Esquire<br>Trial Attorney<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |
| Counsel for the Appellees,<br>Nellson Nutraceutical, Inc. | Counsel for the Appellant,<br>the United States Trustee |

**REED SMITH, LLP**

_____
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

      SO ORDERED, this____day of _____, 2007

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |

*Rachel J. Werkheiser*
Laura Davis Jones
Brad Godshall
Rachel Lowy Werkheiser
Max B. Litvak
919 North Market Street, 17th floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Appellees,
Nellson Nutraceutical, Inc.

William K. Harrington, Esquire
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Counsel for the Appellant,
the United States Trustee

**REED SMITH, LLP**

Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

SO ORDERED, this____day of_____, 2007

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and /or e-mail may be treated as original signatures.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP** | **KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE** |

_____        _____
Laura Davis Jones                                William K. Harrington, Esquire
Brad Godshall                                      Trial Attorney
Rachel Lowy Werkheiser                    J. Caleb Boggs Federal Building
Max B. Litvak                                      844 King Street, Suite 2207, Lockbox 35
919 North Market Street, 17th floor   Wilmington, DE 19801
P.O. Box 8705                                      Telephone: (302) 573-6491
Wilmington, DE 19899-8705              Facsimile: (302) 573-6497
Telephone: (302) 652-4100
Facsimile: (302) 652-4400                 Counsel for the Appellant,
                                                           the United States Trustee
Counsel for the Appellees,
Nellson Nutraceutical, Inc.

**REED SMITH, LLP**

*/s/ Kimberly Chausen/*
Kurt Gwynne
Kimberly Lawson
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

        SO ORDERED, this____day of_____, 2007

_____
THE HONORABLE GREGORY M. SLEET