IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: In re: Nellson Nutraceutical, Inc., et al.

| | |
|---|---|
| Kelly Beaudin Stapleton, the United States Trustee & the Official Committee of Unsecured Creditors,<br><br>                    Appellants<br><br>        v.<br><br>Nellson Nutraceutical, Inc., et al.<br><br>                    Appellees | )<br>)<br>)<br>)<br>) Civil Action Nos. 06-520 (GMS)<br>)                                 06-521 (GMS)<br>)<br>)<br>)<br>) Bankruptcy Case No. 06-10072<br>) |

## APPELLEE'S FIRST STIPULATION AND ORDER EXTENDING TIME

WHEREAS, Appellees Nellson Nutraceutical, Inc., et al. filed their Motion to Dismiss Appeal on Mootness Grounds on June 27, 2007.

WHEREAS, Appellants Kelly Beaudin Stapleton, the United States Trustee and the Official Committee of Unsecured Creditors filed their responses to the Motion (collectively, the "Responses") on July 30, 2007.[1]

WHEREAS, pursuant to Rule 8011 of the Federal Rules of Bankruptcy Procedure and D. Del. LR 7.1.2(b), Appellee's reply to the Responses is due on or before August 6, 2007 (the "Reply Deadline").

---

[1] By agreement of the parties and Order of the Court the Appellants received two extensions of time to file the Responses.

WHEREAS, in light of the sale process and pending litigation in the Appellee's bankruptcy cases and the issues raised in the Responses, Appellants agreed to consent to an extension of the Reply Deadline until August 15, 2007.

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that the Appellee Nellson Nutraceutical, Inc.'s reply to the Responses will be due on or before **August 15, 2007**, without prejudice to seek a further extension.

This Stipulation and Order may be signed in counterparts and the counterparts, when combined, shall be deemed to be one and the same documents for all intents and purposes.

*[Remainder of page intentionally left blank]*

Signatures tendered by facsimile and/or e-mail may be treated as original signatures.

Dated: July 31, 2007

**PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP**

*/s/ Rachel L. Werkheiser*
Laura Davis Jones (Bar No. 2436)
Brad R. Godshall (CA Bar No. 105438)
Maxim B. Litvak (CA Bar No. 215852)
Rachel Lowy Werkheiser (Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Appellees,
Nellson Nutraceutical, Inc.

Dated: July 31, 2007

**REED SMITH LLP**

*/s/ Kimberly E. Chaung*
Kurt Gwynne (Bar No. 3951)
Kimberly Lawson (Bar No. 3966)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Counsel for the Appellant, the Official
Committee of Unsecured Creditors

Dated: July ___, 2007

**KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE**

_____
William K. Harrington (Bar No. 4051)
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Counsel for the Appellant,
the United States Trustee

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE GREGORY M. SLEET

Signatures tendered by facsimile and/or e-mail may be treated as original signatures.

Dated: July ____, 2007

**PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP**

_____
Laura Davis Jones (Bar No. 2436)
Brad R. Godshall (CA Bar No. 105438)
Maxim B. Litvak (CA Bar No. 215852)
Rachel Lowy Werkheiser (Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Appellees,
Nellson Nutraceutical, Inc.

Dated: July ____, 2007

**REED SMITH, LLP**

_____
Kurt Gwynne (Bar No. 3951)
Kimberly Lawson (Bar No. 3966)
1201 N. Market Street, Suite 1500
Wilmington, DE  19801-1163
Telephone: (302) 778-7550
Facsimile: (302) 778-7575

Dated: July 2, 2007

**KELLY BEAUDIN STAPLETON UNITED STATES TRUSTEE**

_/s/ William_____
William K. Harrington (Bar No. 4051)
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Counsel for the Appellant,
the United States Trustee

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

NELLSON NUTRACEUTICAL, INC., et al.,

　　　　　　　　　　　Debtors.

| | |
|---|---|
| UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　　　Appellants,<br><br>v.<br><br>NELLSON NUTRACEUTICAL, INC., et al.,<br><br>　　　　　　　Appellees. | Civil Action No. 06-520 (GMS)<br>Civil Action No. 06-521 (GMS)<br><br><br>Bankruptcy Case No. 06-10072 (CSS)<br>Appeal No. 06-45 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　　)
　　　　　　　　　　　　　)SS:
COUNTY OF NEW CASTLE　　)

　　　Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Appellees, in the above-captioned action, and that on the 1st day of August, 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**Appellee's First Stipulation and Order Extending Time.**

　　　　　　　　　　　　　　　　　　　　　　　_Patricia E. Cuniff_
　　　　　　　　　　　　　　　　　　　　　　　Patricia E. Cuniff

Sworn to and subscribed before
me this 1st day of August, 2007

_Mary Corcoran_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

**Nellson Nutraceutical, Inc. Appeal Service List**
Case No. 06-10072 (CSS)
Document No. 120478
02 – Interoffice Delivery
06 – Hand Delivery
05 – First Class Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Rachel Lowy Werkheiser, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Mail**
(Counsel to the Debtors)
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Interoffice Mail**
(Counsel to the Debtors)
Richard M. Pachulski, Esquire
Brad R. Godshall, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067

**Hand Delivery**
(United States Trustee)
William Harrington, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Mediator)
J. Richard Tucker, Esquire
Maron Marvel Bradley & Anderson, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Fremont Investors VII, LLC)
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Informal Committee of First Lien Lenders)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to UBS)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Official Committee of Unsecured Creditors)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**First Class Mail**
(Counsel to UBS)
James J. Holman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA

**First Class Mail**
(Counsel to UBS)
Gregory A. Bray, Esquire
Thomas R. Kreller, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

**First Class Mail**
(Counsel to Fremont Investors VII, LLC)
Suzzanne Uhland, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305

**Fist Class Mail**
(Counsel to the Ad Hoc Committee of First
Lien Lenders)
Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel to the Official Committee of
Unsecured Creditors)
Claudia Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103